Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

FILED 30 MAY '25 12:38 USDC-ORP

District of

Division

Samuel George Godw~

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

any Officer involved in incedent and Multnomah County Sheriffs office MCFJ, MCDC and its entire Body and all Rank above, sergents Co Staff/officers lieutents, Captions
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.  3:25-CV-931-SI
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SAMUEL George Gotur
All other names by which you have been known: SAM
ID Number:
Current Institution: ~~Multnomah County Inverness~~ Jail
Address: ~~11540 NE Inverness Dr.~~
3209 SE 174th Ave
-Portland, OR ~~97220~~ 97236
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Franks
Job or Title (if known): Multnomah County Sheriff's Officer/CO Staff
Shield Number: unknow I've asked MCIJ Refused to dose
Employer: MCDC, MCIJ, and MCSO
Address: Multnomah ~~county~~ County Sheriffs Office
Portland, OR 97220
City / State / Zip Code
☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**
Name: CO Officer 2. unknow because MCSO
Job or Title (if known): wouldn't provied names ??
Shield Number: CO Officer/Officer
Employer:
Address: MCSO, MCDC, MCIJ
Portland, OR 97220
City / State / Zip Code
☐ Individual capacity  ☒ Official capacity

Defendant No. 3
Name: Frida ?
Job or Title (if known): MCIJ CE Staff/office
Shield Number: they wouldn provied it they Refused
Employer:
Address: MCSO, MCDC, MCIJ
City: Portland   State: OR   Zip Code: 97220
☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Seals
Job or Title (if known): Sergent
Shield Number: wouldn't provided it
Employer:
Address: MCSO, MCIJ, MCDC
City: Portland   State: OR   Zip Code: 97220
☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Multnomah County Sherrifs office and body local offical's Eight Amendment and Constitutional

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Eight Amendment and my Constitional Rights violited

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

they are employed and work for a law enforcement local they are co staff or Officers and Sergents of the State law and federal law oR in Jail facility.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)* was just at court and agreed to a plea offer

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

at multnomah County Detenion Center. Downtown Portland, OR.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

4-23-25 midnight to 5. am.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was minding my own Bussnies Sleeping on ground in Booking Intake as everyone was and Franks MCDC CO Staff talked to her partner in a Reckless Act of intentional and Dillibreat pure evil that she was going to kick some one the her partner and He1 said not to but She DID ran up Dropped kicked me not onec this happen twice after secerd time I feared bodily harm and my life so had no where to flight I Jumped to protect my life and that both patties assulted me and attcked for me sleepry on ground

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I was Droped kicked in my foot/leg Both times which caused me major Deck injuries and irrparrble Downages that caused me irrapitohe Dawages to may lower back Spine and internal and fractured my right Arm Also I've told multiple officers, seigvers lientonedz and Bank above and I still have Recived medical from a Doctor only 20 Days lotoe medizal set an Appointment so none of the mcso mcdc, mcts, or any of the multnomah conunty Office for any Body helped

I've made multiple Requesting for medical and no relief or Help

VI. **Relief** I mRf so many times and asked for photos as eNeizmen none they can't DC that ike inclws afister papers in clwed papers

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

im asking for 15 million Dollars for the irrapenible Injwiles and Donnages I have endwed to my lower back, internal Organs, my Right Arm being fractured and bodly harm I endured I Shit my Self During and after and Bleed Blood because the Jamek curis on my Right Arm they fractured and all treament are Appoinments im Requisting and all my time wastested for there ill will. Money would never Be enough for what I endured and Damages to my body mind and soul physical and mentebly I pray the courts grant the Relief and money which will never bring my life body and scars back to normal but will help

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Multnomah County Detention Center, MCIJ_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   multnomah County Inverness Jail

2. What did you claim in your grievance?

   That the officers DiDit intentional Recklessibly and Dillibrate.
   That ive been Assulted by CO officer's multiple times

3. What was the result, if any? I was told that they are investigating and that if my clams where true that the officer would be Held accountable and that I wouldn't get a response back and that I cant Appel this grivance any futhor?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I DID a few more grivences and DiDnt get any more Response to any more or my grivences which was very odd to me like they are trying to Hide it to from me?

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. So I talked to multiple Sergents and lieutentos about incednit and the reckless act of the officers Franks and Her partner and multiple officers of meso, mcij, cm & mcbc But never one asked me if I need medica

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Samuel George Cotur
   Defendant(s) MCSO, MCDC, MCJ one body

2. Court *(if federal court, name the district; if state court, name the county and State)*
   County Attorney Office 501 SE Hawthorne Suit 500 Portland OR 97214

3. Docket or index number
   ?

4. Name of Judge assigned to your case
   ?

5. Approximate date of filing lawsuit
   5-20-25      Tort Claim

6. Is the case still pending? ?

   ☑ Yes ?

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ? need legal counsel appointed to please and thanks.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes    ? ? ?    Tort Claim is
☐ No              what I filed don't know

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-23-25

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Samuel George Gotter
Prison Identification #: SID #726912
Prison Address: 11540 NE Inverness Dr.
Portland    OR    97220
City    State    Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

Hi, I asking that the courts file this lawsuit and to ask for administrive action to Reform MCDC, MCIJ, and the MCSO co staff and the MCSO officer and all the Ranks above. I asking the courts to change the MCDC, MCIJ, MCSO and it entire Body. I asking for a Relief and a Reformedion for the injuries and Damage that is irrepirable and out of Reckless Dillibrede and intentional acts — of pure evil. The actions of the Multnomah County Sherrifs co staff and officers that caused major and irrapirible Damages no money could ever give back to me, the injuries and Damages scars and badily harm they caused me on 4-23-25 at midnight to 5 a.m. and the Damages and injuries for there reck- -less and Dillibrate and intentional actions. these are co Staff/officer of the Multhomah County Sheriffs Office and it happen at Multnomah County Detentional Center in Downtown portland OR. They are taught beter to Disexchite and to not assult. there actions Are never part of common law nor Does it make it right ever to Do this to any inmate

1

and intentional pure evil. I was sleeping on ground like others and peaceful mind my own Buissness and out of nowhere she Frank runs up and dropkicks me in my foot/leg which felt like my spine cord, lower back and lower jaw blow out the back of my Head. I'm very schocked unsure why I'm being treated like this for peaceful sleeping on ground out of the way. I'm still trying to figure what just happened??? And And why? my body is in pain but stilled schoced I get up sit down an other 1h or so pass and again eray one is sleeping a few on the ground so again in tired so I peacefull lay Down to sleep still listen to be called to houseing and again she runs up Droped kicked me as hard as she can. At this point I fear more injuries and Damage to my body. I had Just been assaulted by CoJtAff members for sleeping on the ground out of the way. She DID this Reckless and Dillibrate She intentional Choose to Do this out of pure evil. I'm not causeing any harm or in Dangering any one. But She is and causeing a very Dangerous Sittivan that accared. I fear my life and my body at this point. this is a Co STAff/officer and her parttner. they Both were telking about it enjoying it and none of them stoped it. I was Just Droped kicked on the ground peacefull sleeping I have nowhere to flight. becare im stuck in Jail lobby a McDC.

3

So After being assulted by Inmate apparently feared my life or more injuries and Damage to my body So I jumped up in a protective stance noting eles at this point the viedo will show both co staff/ officers of Multnomah County Sheriffs office and MCDC, MCIJ and MCSO. froze like Deer caught in Head lights. paused for a few seconds at this point I knew these where corrupt co staff/officer/MCSO Staff Franks and partner. After the pause they both jump me beating me up for sleeping on the ground minding my own bussniss they punched me in the back of the head I'm yelling because they jamed a cuff on to my Right Arm. they moved me to Segration Still Hitting me in the Head while I'm cuffed and still none of this was my fault they are the Abusive ire one assulting me voilating my Eight Amendment my fourteen Amendment. voilating my Constitunal Rights this is Diffinet ly Cruel and unsual punshiments. I've Been injured and Dameged irrapairable. after moving me to Segration still punching me in my head. Franks and partner Assulted me for sleeping on the ground out of the way Just like many others where doing but she Did this before and it's all on viedo footage. Which is being held at MCIJ, OIC I've been injured and Damaged

4

for there Reckless, Dangerous and Delibrate and intentional behaviors. Cruel and unusual punishment, violating my Rights the Eight Amendment and fourteen Amendment multiple times and I shit my self of fear during and after because she damaged my internal organs, my spine cord, my lower back my Right Arm has been fractured and they scored it leaving cuffs marks. they caused me irreparable damages and injuries no Amount of money could ever pay or Buy the pain and damages' scars and internal injuries they caused me. no amount of money can ever bring me the time im wasting every time I go to Appointments and my lower back Hurts me every Day. I am asking the Courts for a Relief payment from the Said Defendants of 15 million for damages irrapiable and injuries that require major medical attion. major X-rays and every thing I suffered phisical and Damages to my body scars lower back injuries and Damages to my Right Arm. im Asking for 15 million Dollars to pay for my injuries Damages and any futhere Appointment and time of my life this money could never buy no money in Amount coulld but I would accept 15 million. that no including filling fees and Attorney fees and any other court fee be added. no person should ever endure such action of a MCSO's staff/correction officer.

5

No person should be treated wrongfully or assulted for sleeping on ground peacefully. I pray that the courts tAke my Relief payment im asking from said Defendaments and also Reform the Rules in the MCDC, MCSO, MCIJ. to better help inmates also to Change the action because I told multpil costoff/sergents about me being atteked and they said that i would get in trouble if this was not true and I send multiple grivence was retalited on by costoff at MCIJ and sergents and one sergmnd Seails said to not kyete out telling other about me being assulted and attcked or he would send me to the hole and on top of his treatth which also voilates Eight Amendment and fourteen he had an co stAff tell me I had a medken appurment which took multiple weeks to have and not once after telking to Officers/costaff/ sergents and livedents did one of them ask me if I need medical not once Did they ever ask me if I need medical attion but they Did treathen me with writes ups and Dissiplinen actions when I'm thee victim and they have thee video footage of 4-23-25 at midnight to 5.am at MCIJ.

6

Administrative law and Contre
of Discret power

I pray that the courts take in consideration my forms of purpose and appoints me legal counsel for this case and I pray that thank them for every thing also ask them to waive my distribution of my jail accounts in tell I could provied it because I've asked but the Jail is Retalition against me so I dont know when they can or when I can but as soon as I reciver my account info from jail will send

if I get Released I will contact the courts with my Address thats you

7

In the federal system a civil lawsuit ~~for damages are entitled to a~~ jury trial ~~under Seventh Amendment.~~ The Seventh Amendment ~~applies~~ to all civil rights actions for damages.

Case 3:25-cv-00931-SI   Document 2   Filed 05/30/25   Page 19 of 19