**Multnomah County Sheriff's Office**

# SERVICE REQUEST FORM

| NAME: Gethvr Shimwel | SWIS #: 720912 | HOUSING UNIT: 16/19 | DATE: 5-12 25 |
|---|---|---|---|

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ ADA COORDINATOR | ☐ FOOD SERVICES | ☐ RECORDS |
| ☐ CHAPLAIN | ☐ INMATE MAIL | ☐ SERGEANT _____ |
| ☐ CLASSIFICATION | ☐ INMATE PHONE / KIOSK | ☐ SHIFT LT _____ |
| ☐ COMMISSARY | ☐ JAIL DETECTIVE | ☐ VISITING |
| ☐ COUNSELOR _____ | ☒ LAW LIBRARY | ☐ OTHER _____ |
| ☐ EDUCATION | ☐ PROPERTY | |
| ☐ FACILITY COMMANDER | ☐ PAROLE / PROBATION OFFICER | |

### USE ONLY ONE FORM PER REQUEST
**(Be specific and provide only information relating to your request)**

Would like 20 blank pieces of paper to fill a
motion out too all information requierd by
the State to preceed with a rins 1983 and
would need all Dpssd# of CC Staff that where in
the area of Downtown Intake at 4-23-25 at midnight
to 5am to be Held accountable and am asking for all Ranks
full names and Dpssd# on that Date of 4-23-25 to
4-24-25 also cmp Officer and all Ranks full name and
Dpssd# So I complte leagle other in civil court proceeding

### STAFF USE ONLY

Date Received: _____  Date Responded: 5/21/25  Responded By: PCL  DPSST#: 9312

I'm sorry but we can't provide blank paper.
If you sign up for the law Library, There is
paper there to use in the law library.

**Multnomah County Sheriff's Office**

# SERVICE REQUEST FORM

| NAME: GOFUR SAMUEL | SWIS #: 729912 | HOUSING UNIT: 10/19 | DATE: 5-15-25 |
|---|---|---|---|

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ ADA COORDINATOR | ☐ FOOD SERVICES | ☐ RECORDS |
| ☐ CHAPLAIN | ☐ INMATE MAIL | ☐ SERGEANT _____ |
| ☐ CLASSIFICATION | ☐ INMATE PHONE / KIOSK | ☐ SHIFT LT _____ |
| ☐ COMMISSARY | ☐ JAIL DETECTIVE | ☐ VISITING |
| ☐ COUNSELOR_____ | ☐ LAW LIBRARY | ☐ OTHER_____ |
| ☐ EDUCATION | ☐ PROPERTY | |
| ☐ FACILITY COMMANDER | ☐ PAROLE / PROBATION OFFICER _____ | |

IC X Summons for mp...

### USE ONLY ONE FORM PER REQUEST
*(Be specific and provide only information relating to your request)*

law library for forms for ... proceedings.

would like to be in of ... I am ... to complains to bring litigation to Court and manufactor against an Acity

I need IC X times Summons and complaints form to bring lawsuit, against 10 Different individuals

---

## STAFF USE ONLY

Date Received: 5/19/25    Date Responded: 5/19/25    Responded By: Perez    DPSST#: 93171

We don't provide Summons or Complaint forms. You may attend law library to see if there are any templates to copy by hand.

PS-611 REV 2/25

1pm to 2pm   the Sergent Seal's
told the officer i had to go to the
the medical appointment i put my name to
check my lower back in stead He
5-20-25 asked me if
i wrote a kyete saying ive been
attcked because He was going to
send me to the whole but it was not true

said that i hate

the

**Multnomah County Sheriff's Office**

# SERVICE REQUEST FORM

| NAME: Gosler Sesven | SWIS #: 728512 | HOUSING UNIT: 16/19 | DATE: 5-16-23 |
|---|---|---|---|

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ ADA COORDINATOR | ☐ FOOD SERVICES | ☒ RECORDS |
| ☐ CHAPLAIN | ☐ INMATE MAIL | ☒ SERGEANT _____ |
| ☐ CLASSIFICATION | ☐ INMATE PHONE / KIOSK | ☒ SHIFT LT _____ |
| ☐ COMMISSARY | ☒ JAIL DETECTIVE | ☐ VISITING |
| ☐ COUNSELOR _____ | ☐ LAW LIBRARY | ☐ OTHER _____ |
| ☐ EDUCATION | ☐ PROPERTY | |
| ☒ FACILITY COMMANDER | ☐ PAROLE / PROBATION OFFICER | _____ |

## USE ONLY ONE FORM PER REQUEST
### (Be specific and provide only information relating to your request)

On 5-16-25 at 11:00am to 12pm a sergent told me that I don't have a reason to write kites to as of log Any thug staff me being assulted and thред I will be sent to the wharle if I do and didnt Response or response like I asked Him to Whille in the Victim

## STAFF USE ONLY

Date Received: _____ Date Responded: _____ Responded By: _____ DPSST#: _____

PS-611 REV 2/25

**Oficina Del Sheriff Del Condado De Multnomah**

# FORMA DE PETICION DE SERVICIO

| NOMBRE: | SWIS #: | DORMITORIO: | FECHA: |
|---------|---------|-------------|--------|
|         |         |             |        |

Antes de completar este formulario, refiérase al MCSO Manual de Presos en las Peguntas Frecuentes, que se encuentra en su dormitorio, para obtener más información relacionada con su solicitud. No espere una respuesta personal, le aseguremos que su petición será tratada apropiadamente por el personaje a cargo.

## MARQUE LA CAJA APROPIADA (MARQUE UNA)

| | | |
|---|---|---|
| ☐ ARCHIVOS | ☐ CONSEJERO _____ | ☐ SERVICIO DE ALIMENTOS |
| ☐ BIBLIOTECA DE LEYES | ☐ CORREO DE PRESO | ☐ TELEFONO / QUIOSCO |
| ☐ CAPELLAN | ☐ DETECTIVE DE LA CARCEL | ☐ TENIENTE _____ |
| ☐ CLASIFICACION | ☐ EDUCACION | ☐ VISITA |
| ☐ COMANDANTE DEL COMPLEJO | ☐ PROPIEDAD | ☐ OTRA _____ |
| ☐ TIENDA | ☐ SARGENTO _____ | |
| ☐ COORINADOR DE LA LEY DE AMERICANOS DISCAPACITADOS | ☐ AGENTE DE LIBERTAD CONDICIONAL _____ | |

## USE UN FORMULARIO POR CADA NECESIDAD
### *(Sea especifico con su petición)*

_____
_____
_____
_____
_____
_____
_____
_____
_____

## PARA USO OFICIAL

Date Received: _____ Date Responded: _____ Responded By: _____ DPSST#: _____

PS-611 REV 2/25

**Multnomah County Sheriff's Office**

# SERVICE REQUEST FORM

| NAME: Crctr SAMuel | SWIS #: 725912 | HOUSING UNIT: 10/19 | DATE: 5-13-25 |
|---|---|---|---|

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ ADA COORDINATOR | ☐ FOOD SERVICES | ☐ RECORDS |
| ☐ CHAPLAIN | ☐ INMATE MAIL | ☐ SERGEANT _____ |
| ☐ CLASSIFICATION | ☐ INMATE PHONE / KIOSK | ☐ SHIFT LT _____ |
| ☐ COMMISSARY | ☐ JAIL DETECTIVE | ☐ VISITING |
| ☒ COUNSELOR Pl-Zea | ☐ LAW LIBRARY | ☐ OTHER _____ |
| ☐ EDUCATION | ☐ PROPERTY | |
| ☐ FACILITY COMMANDER | ☐ PAROLE / PROBATION OFFICER _____ | |

Gn 4-23-25    natchvegst to 5. am. I've asked for multiple help to never get a Respons

## USE ONLY ONE FORM PER REQUEST
### (Be specific and provide only information relating to your request)

I asking to have you look into my planned attck and ossctt of the dats of my booking and would like if possible I've fited back multiple times and talked to officers Sergends at least 2 - 3 Diffrent Sergets and I spoke to a lieutent of Issue But nither of them care to Respond to me im a victim of there doing and am still waiting for medical to see me I've asked for help with my spined cord and Back pain from attck and Still noting Hos come Back all I got back is them tryin to lie to me the litutent Blai's Saying that the victim of

## STAFF USE ONLY

Date Received: _____ Date Responded: _____ Responded By: _____ DPSST#: _____

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Please Respond

mayor Dillywd of 200

STAFF members heal tho club crant ???

Please Respond

## Oficina Del Sheriff Del Condado De Multnomah

# FORMA DE PETICION DE SERVICIO

| NOMBRE: | SWIS #: | DORMITORIO: | FECHA: |
|---------|---------|-------------|--------|
|         |         |             |        |

Antes de completar este formulario, refiérase al MCSO Manual de Presos en las Peguntas Frecuentes, que se encuentra en su dormitorio, para obtener más información relacionada con su solicitud. No espere una respuesta personal, le aseguremos que su petición será tratada apropiadamente por el personaje a cargo.

## MARQUE LA CAJA APROPIADA (MARQUE UNA)

- [ ] ARCHIVOS
- [ ] BIBLIOTECA DE LEYES
- [ ] CAPELLAN
- [ ] CLASIFICACION
- [ ] COMANDANTE DEL COMPLEJO
- [ ] TIENDA
- [ ] COORINADOR DE LA LEY DE AMERICANOS DISCAPACITADOS

- [ ] CONSEJERO _____
- [ ] CORREO DE PRESO
- [ ] DETECTIVE DE LA CARCEL
- [ ] EDUCACION
- [ ] PROPIEDAD
- [ ] SARGENTO _____
- [ ] AGENTE DE LIBERTAD CONDICIONAL _____

- [ ] SERVICIO DE ALIMENTOS
- [ ] TELEFONO / QUIOSCO
- [ ] TENIENTE _____
- [ ] VISITA
- [ ] OTRA _____

## USE UN FORMULARIO POR CADA NECESIDAD
### (Sea especifico con su petición)

_____

_____

_____

_____

_____

_____

_____

_____

## PARA USO OFICIAL

Date Received: _____  Date Responded: _____  Responded By: _____  DPSST#: _____

**Multnomah County Sheriff's Office**

# SERVICE REQUEST FORM

| NAME: Godwin-Samin | SWIS #: 728912 | HOUSING UNIT: 14/10 | DATE: 5-2-23 |
|---|---|---|---|

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ ADA COORDINATOR | ☐ FOOD SERVICES | ☐ RECORDS |
| ☐ CHAPLAIN | ☐ INMATE MAIL | ☐ SERGEANT _____ |
| ☐ CLASSIFICATION | ☐ INMATE PHONE / KIOSK | ☐ SHIFT LT _____ |
| ☐ COMMISSARY | ☐ JAIL DETECTIVE | ☐ VISITING |
| ☐ COUNSELOR _____ | ☐ LAW LIBRARY | ☐ OTHER _____ |
| ☐ EDUCATION | ☐ PROPERTY | |
| ☒ FACILITY COMMANDER | ☐ PAROLE / PROBATION OFFICER | _____ |

## USE ONLY ONE FORM PER REQUEST
### *(Be specific and provide only information relating to your request)*

all I mail like to do is be moved to open Dorm 9,10,11, I've got panic Attackes plus Angt, Ptsy cant do this

| STAFF USE ONLY | | |
|---|---|---|
| Date Received: _____ | Date Responded: 5-5 | Responded By: Jarmr DPSST#: 54740 |
| Review for open dorm is 5/16/25 | | |

PS-611 REV 2/25

**Oficina Del Sheriff Del Condado De Multnomah**

# FORMA DE PETICION DE SERVICIO

| NOMBRE: | SWIS #: | DORMITORIO: | FECHA: |
|---|---|---|---|
| | | | |

Antes de completar este formulario, refiérase al MCSO Manual de Presos en las Peguntas Frecuentes, que se encuentra en su dormitorio, para obtener más información relacionada con su solicitud. No espere una respuesta personal, le aseguremos que su petición será tratada apropiadamente por el personaje a cargo.

### MARQUE LA CAJA APROPIADA (MARQUE UNA)

☐ ARCHIVOS
☐ BIBLIOTECA DE LEYES
☐ CAPELLAN
☐ CLASIFICACION
☐ COMANDANTE DEL COMPLEJO
☐ TIENDA
☐ COORINADOR DE LA LEY DE AMERICANOS DISCAPACITADOS

☐ CONSEJERO _____
☐ CORREO DE PRESO
☐ DETECTIVE DE LA CARCEL
☐ EDUCACION
☐ PROPIEDAD
☐ SARGENTO _____
☐ AGENTE DE LIBERTAD CONDICIONAL _____

☐ SERVICIO DE ALIMENTOS
☐ TELEFONO / QUIOSCO
☐ TENIENTE _____
☐ VISITA
☐ OTRA _____

## USE UN FORMULARIO POR CADA NECESIDAD
### (Sea especifico con su petición)

_____
_____
_____
_____
_____
_____
_____
_____

### PARA USO OFICIAL

Date Received: _____ Date Responded: _____ Responded By: _____ DPSST#: _____

*with enveloped to be eaten by* [handwritten notes in margins]

## Multnomah County Sheriff's Office

# SERVICE REQUEST FORM

| NAME: GUHR SAMUEL | SWIS #: 72577 12 | HOUSING UNIT: 1/0 9 | DATE: 5·13·25 |
|---|---|---|---|

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ ADA COORDINATOR | ☐ FOOD SERVICES | ☐ RECORDS |
| ☐ CHAPLAIN | ☐ INMATE MAIL | ☐ SERGEANT _____ |
| ☐ CLASSIFICATION | ☐ INMATE PHONE / KIOSK | ☐ SHIFT LT _____ |
| ☐ COMMISSARY | ☐ JAIL DETECTIVE | ☐ VISITING |
| ☐ COUNSELOR _____ | ☒ LAW LIBRARY | ☐ OTHER _____ |
| ☐ EDUCATION | ☐ PROPERTY | |
| ☐ FACILITY COMMANDER | ☐ PAROLE / PROBATION OFFICER | _____ |

## USE ONLY ONE FORM PER REQUEST
*(Be specific and provide only information relating to your request)*

2 x regular size envelopes be sent to
to: Portland Divisonal office mark O. Hatfield U.S.
courthouse 1600 Su Third Ave, Suit 740 portland OR
97204 - 2902 Civil Desk (503) - 226-8018

*+ or*

Manila envelope size: PORTLAND Divisonal office markO.
Hatfield U.S. Courthouse 1000 SW third AVENUE, Suit 740
PORTLAND, OR, 97204 - 2902 Civil Desk (503) 226-8018

## STAFF USE ONLY

Date Received: _____ Date Responded: _____ Responded By: _____ DPSST#: _____

To receive envelopes from the law library **you must be indigent**, provide the address of the legal source you are sending it to, provide the size of envelope (regular/manila), and may not have more than 3 of these envelopes in your possession at a time.

As of 05/14/2025 @ 6:45am you are still not indigent.

_____

_____

PS-611 REV 2/25

*They didn't want to be held occasetul* [handwritten note at bottom]

**Multnomah County Sheriff's Office**

# SERVICE REQUEST FORM

| NAME: Samuel Crowe | SWIS #: 726912 | HOUSING UNIT: 14/0 | DATE: 5-1-25 |
|---|---|---|---|

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ ADA COORDINATOR | ☐ FOOD SERVICES | ☐ RECORDS |
| ☐ CHAPLAIN | ☐ INMATE MAIL | ☐ SERGEANT _____ |
| ☐ CLASSIFICATION | ☐ INMATE PHONE / KIOSK | ☐ SHIFT LT _____ |
| ☐ COMMISSARY | ☐ JAIL DETECTIVE | ☐ VISITING |
| ☐ COUNSELOR _____ | ☒ LAW LIBRARY | ☐ OTHER _____ |
| ☐ EDUCATION | ☐ PROPERTY | |
| ☐ FACILITY COMMANDER | ☐ PAROLE / PROBATION OFFICER | _____ |

## USE ONLY ONE FORM PER REQUEST
*(Be specific and provide only information relating to your request)*

tort claim for being assaulted and attacked by staff in Down Town for laying on the ground sleeping I was kicked multip times

## STAFF USE ONLY

Date Received: 5-8-25    Date Responded: 5-8-25    Responded By: PCrz    DPSST#: 9311

Forms provided

PS-611 REV 2/25

Exibit 2

## Multnomah County Sheriff's Office

# SERVICE REQUEST FORM

NAME: Gotur SAmuel    SWIS #: 726912    HOUSING UNIT: 19/10    DATE: 5 - 7-25

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

☐ ADA COORDINATOR
☐ CHAPLAIN
☐ CLASSIFICATION
☐ COMMISSARY
☐ COUNSELOR_____
☐ EDUCATION
☐ FACILITY COMMANDER

☐ FOOD SERVICES
☐ INMATE MAIL
☐ INMATE PHONE / KIOSK
☐ JAIL DETECTIVE
☐ LAW LIBRARY
☐ PROPERTY
☐ PAROLE / PROBATION OFFICER

☐ RECORDS
☐ SERGEANT_____
☐ SHIFT LT_____
☐ VISITING
☐ OTHER_____
_____

### USE ONLY ONE FORM PER REQUEST
**(Be specific and provide only information relating to your request)**

Would like to be in open Dorm please and thanuey fun 9,10,11. I would prefer 10 Because it will help one with my treatment.

## STAFF USE ONLY

J.K. 34968

Date Received: 5/8    Date Responded: 5/8    Responded By: _____  DPSST#: _____

Inmate don't choose where they are housed you are up for review today you are to dorm. however your review date for aprn dorm is 5/10. are you having any medical/incontince issues?

PS-611 REV 2/25

## Oficina Del Sheriff Del Condado De Multnomah

# FORMA DE PETICION DE SERVICIO

| NOMBRE: | SWIS #: | DORMITORIO: | FECHA: |
|---|---|---|---|
| | | | |

Antes de completar este formulario, refiérase al MCSO Manual de Presos en las Peguntas Frecuentes, que se encuentra en su dormitorio, para obtener más información relacionada con su solicitud. No espere una respuesta personal, le aseguremos que su petición será tratada apropiadamente por el personaje a cargo.

### MARQUE LA CAJA APROPIADA (MARQUE UNA)

| | | |
|---|---|---|
| ☐ ARCHIVOS | ☐ CONSEJERO _____ | ☐ SERVICIO DE ALIMENTOS |
| ☐ BIBLIOTECA DE LEYES | ☐ CORREO DE PRESO | ☐ TELEFONO / QUIOSCO |
| ☐ CAPELLAN | ☐ DETECTIVE DE LA CARCEL | ☐ TENIENTE _____ |
| ☐ CLASIFICACION | ☐ EDUCACION | ☐ VISITA |
| ☐ COMANDANTE DEL COMPLEJO | ☐ PROPIEDAD | ☐ OTRA _____ |
| ☐ TIENDA | ☐ SARGENTO _____ | |
| ☐ COORINADOR DE LA LEY DE AMERICANOS DISCAPACITADOS | ☐ AGENTE DE LIBERTAD CONDICIONAL _____ | |

## USE UN FORMULARIO POR CADA NECESIDAD
### (Sea especifico con su petición)

_____

_____

_____

_____

_____

_____

_____

_____

### PARA USO OFICIAL

Date Received: _____  Date Responded: _____  Responded By: _____  DPSST#: _____

**Multnomah County Sheriff's Office**

2:04 pm

# SERVICE REQUEST FORM

| NAME: GOHLR SAMUEL | SWIS #: 726912 | HOUSING UNIT: 1919 | DATE: 5 12-25 |
|---|---|---|---|

Refer to the INMATE MANUAL and COMMONLY ASKED QUESTIONS booklets in your housing area for information relating to your request, before completing this form. While responses are not required, staff will address concerns noted in an appropriate manner.

## MARK THE APPROPRIATE BOX (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ ADA COORDINATOR | ☐ FOOD SERVICES | ☐ RECORDS |
| ☐ CHAPLAIN | ☒ INMATE MAIL | ☐ SERGEANT _____ |
| ☐ CLASSIFICATION | ☐ INMATE PHONE / KIOSK | ☐ SHIFT LT _____ |
| ☐ COMMISSARY | ☐ JAIL DETECTIVE | ☐ VISITING |
| ☐ COUNSELOR _____ | ☐ LAW LIBRARY | ☐ OTHER _____ |
| ☐ EDUCATION | ☐ PROPERTY | |
| ☐ FACILITY COMMANDER | ☐ PAROLE / PROBATION OFFICER | _____ |

## USE ONLY ONE FORM PER REQUEST
*(Be specific and provide only information relating to your request)*

need 2 envelop x 2 Directed to
Portland Divisonal office mark D. Hatfield U.S.
Courthouse 1000 SW Third Avenue Suit 740 Portland OR
97204-2902 Civil Desk (503) 226-8008

## STAFF USE ONLY

Date Received: __5/13/2025__    Date Responded: __5/13/2025__    Responded By: __McCreedy__  DPSST#: __93262__

—To receive envelopes from the law library you <mark>must be indigent</mark>, provide the address of the legal
—source you are sending it to, provide the size of envelope (regular/manila), and may not have more than
3 of these envelopes in your possession at a time.

PS-611 REV 2/25



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-2-25 | 728912 | Crater Scumbel | | 14/10 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I oniuet Stöft S- Freilia on Deom 14 told me
that all grievance form go thru by Him to
See if thy are emuernly He said that
Ite deme do thing on my time the Clanr
the thy 5-2-25 8:38 I asked 3 time and
was told no And aslo on top He was lough
about it I Have to Dominat every thots
Iloyou and on 4-25-25 Im not Sme Benkt nonw
to Dorm r to them Ball I could not Hold Because I
wog Drypter Kill See other Guum And Sumpe Peopl much

**Your Signature:** _[signature]_     5-2-25

☐ Check this box for a Grievance Appeal.
  What is the DB# for the grievance or appeal you wish to appeal? _____
  When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                    **DB#** _____

Staff member name & DPSST: _____          Date: _____



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-2 - 25 | 726903 | Gatnr | Samuel | 14/08 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I would like to Have Footage of Verdo of -4-23-25
Hedd as, evidence for an assult and attacked
Planed by Staff member Hill it can Fight this
Assult Case Recordon Veddo footage of my
Intake down town on 4-23-25 to 4-24-25
thank you thoot all

Your Signature: _____

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance    ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response          DB# _____

Staff member name & DPSST: _____    Date: _____



# Multnomah County Sheriff's Office ▪ AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-2-25 | 726912 | Grothm | Samuel | 14 IJ |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

On 4-23-25 to 4-25-25 I was Assaulted by Staff members's and attcked I wolld like to have any of the footage of veido several Held till further notice from me or my Attorny I was? Assaulted for sleepin on the floor peace hull twice he wor given one verble warning prir to Assult Aritter the secund assult I feared my liver was in Danger nowhur to flight I got in fighr mode as only one wold

Your Signature: _____     5-2-25

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

**DO NOT WRITE BELOW THIS LINE ▫ THIS SECTION FOR STAFF USE ONLY**

☐ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response          DB# _____

Staff member name & DPSST: _____     Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody          PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-2-25 | 726912 | Godw | Samuel | 14 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I was on Dorm 10 During Fire and the Staff
re talited aginst me Bc: I had filed a
grievance so they now tronser me to Dorm 14
when I get major pain attickke and try dont
see would be butter in open Dorm. matter e, so
for, me pleed mony ber'un to open Dorm

Your Signature: _____

☐ Check this box for a Grievance Appeal.
  What is the DB# for the grievance or appeal you wish to appeal? _____
  When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                    **DB#** _____

Staff member name & DPSST: _____    Date: _____



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is
an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or
other staff member instead. Keep the bottom copy for your records. Look in the
Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-2-25 | 726912 | Gater | Samuel | 14 |

Describe your grievance or appeal here. Include details about what happened to you, when it
happened, and the name(s) of any staff member(s) involved. Explain why you think what
happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence
to support your complaint or explain why the answer that you received was wrong.

All I need is footuse of my in tatre tion 4-23-25
to 4-25-25 Held as evidence for an assult
for peactful sleeping on the ground I was Drop
KICK by a Staff member woman Don't nnow nname
But it was planed be cuse sub conssix I heard
them talk one guy said dont do it but
She DID it any uwkay twice So than it brouht
my lowr gum that to my nek my spine cord Hurts my
Kidbney and bowel moment on work not a OK plus

Your Signature: _____

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance       ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
|  |  |  |  |

Staff member response                                    DB# _____

Staff member name & DPSST: _____      Date: _____



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-2-25 | 726912 | Gofur | Samuel | 14 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

After being kicked twice Droped kick one freing for life fight So I had no where to flight So I prep-ed fo li fight tearing my like becuse I was kiak so Hard my bowds and kidney coulHNot Hold find down I sHit my sHif and pissed also my back wht arm Girl thats why Imy hand muyke is so bad I im trying to hang in here affter Iwushd me cutrs they Dug out of my gnw Smins I stull will have 4 scaro the rest of my Lite this is not okue

Your Signature: _____ 5-2-25

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance     ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                                    DB# _____

Staff member name & DPSST: _____     Date: _____



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-3-25 | 72091L | Crater | Samuel | 14/10 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I Have Been Asshlted and planed attack By Co Staff
Down town I Been write Joie innie Shec Arild now gchee
to Hert thum I was Dan un and Droped Kilched by a S/hrk
mancher On 22-25 midnur to 4 Am I was deceur Full
Sleaping and Sab conire Can Hew Co Staff Saying Shen Toule
to Kick Some one I was S/eapig on Cramd ard Old of Naw
when I was Drop Kick from a run Sherld I did do nothing to
be Kicked My Spine Cand Hurt today mly St4 Setup no
Prior wormying that I Cauld not Slego on ground this is me
Stold try to get bak I've been assulthd I fear my life

Your Signature: _____ #2 _____ 5-3-25

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance    ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                    **DB#** _____

Staff member name & DPSST: _____    Date: _____



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| J-3-25 | 726912 | Gotur | Samuel | 14/10 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

also on top of he Draged kicked for a rummy It didnt Stop
Im not sure the time but I fell asleep keeping and She
DiD it again I could Smell Consentrate Her Her partner
Saying not to but in the end He beat me up Jamed
Cuffs in to my broken Arm I only got up becuse
I feared my life no where to fight Istruged to
protect my Self after being rich Dithe killed Hunica
I hab to get in a better Stance as I did that futher
the Cuff more Jamed on my broken Arm and kee whymore
punching me in my head for being Cuffed and not only that

Your Signature: _____

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance    ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                                    **DB#** _____

| |
|---|
| |

Staff member name & DPSST: _____        Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                        PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-3-25 | 726912 | Croter | Somrell | 14/10 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I was also told that I was going to say, Sorry After I was the one that was attacked I still have or his will have a scar my lower back spine Hurts I could not hold my Bowels and was made to go to Court I sat in my own Shit for 3 Day it hot and I endured Humility are fear immaturity and Shame that I should never of felt I am persuing a law Suit on this matter becum Ive endured the Shame, Humiliaty paing suffer and scrage for the Rest of my Life and it's been a weeek and nothing has happen of this foundation

Suds  Your Signature: _____  5-3-25

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance       ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                    DB# _____

Staff member name & DPSST: _____    Date: _____



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-4-25 | 726712 | Grotur | Samuel | 14/10 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

After Helling Staff and Sergant 5-3-25 at about
8pm to 10pm I have Sergent said he will investigate the
next morning 5-4-25 8am to 10am the Samuel CO Staff
Franks Weinmen was on my dorm the Same Staff
member that hope Assulting on 4-23-25 after
I recall I was fearing Boldly funic I Expirince Shunth
I Ruug in call tuel ,Oulike CO on Staff to That 3rd
He Said to Come to him I explaid that Franks
was the only who Assulted. Ad telephone (777) Clicd me
**Your Signature:** [signature]   5-4-25 im will a t 11.0 4

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance     ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
|  |  |  |  |

Staff member response       **DB#** _____

[handwritten staff notes, illegible]

Staff member name & DPSST: _____     Date: _____



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-5-25 | 785912 | Gathr. | Samuel | 14/10 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I had spoken to a sergent about being attacked and
assulted multiple times and it shouldnt take this
long it's Been over 2 week since And notig has
happen I endured pain and suffering and will the rest
of my life my Back is hurting 10/10 pain my inter organs
are in pain I dont know how much longer I could stand
I can only stand 30 min at max and it hurts
my bowels could not Havd because I was hick so
Hard I Have nigh ters and now they going to come tell
me Please take Action im not lieing 5-5-25

Your Signature: _____   5-5-25   my time 7:35pm

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance        ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
|  |  |  |  |

Staff member response                           **DB#** _____

Staff member name & DPSST: _____        Date: _____



# Multnomah County Sheriff's Office • AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-8-25 | 785912 | Gotar | Samoel | 14/10 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

For Some Reason Unknown Friala the Co Staff
is Be Retailation On me Because I Have a law Suit
against facilty and an 5-8-25 after my kios Bist and
retrue every time I hune to wait But euhry One
els Dosentsa I Would like fun you guy to Clkine out
He Being very un ptu ( sowl Staff look up houwre to
buy while at work vrrong thing to be doing He and
to get me or try to pust my Botton BuH I Stery Calma
Because I can see this gud film bespead I don't have any po

Your Signature: ____ 5-8-25 200pm to 2:30pm agist Him

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE ∘ THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance      ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                    **DB#** _____

Staff member name & DPSST: _____      Date: _____



# Multnomah County Sheriff's Office • AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-5-25 | 780912 | Gather | Samuel | 14/10 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

the staff member didn't let us on our 5pm to 6pm
and let in step the allowed top tier to be out 20m
and lower tier below blr tier in for over 5 hr
Resptful and then Jerr

Your Signature: _____ 5-5-25 5:pm

☐ Check this box for a Grievance Appeal.
  What is the DB# for the grievance or appeal you wish to appeal? _____
  When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE ○ THIS SECTION FOR STAFF USE ONLY

| ☐ Emergency Grievance | | ☐ PREA Grievance | |
|---|---|---|---|
| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
| | | | |

Staff member response                                    **DB#** _____

Staff member name & DPSST: _____          Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody          PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-10-25 | 720512 | Gokor Samuel | Samel | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

Im very patron of a prerson I grievance multip tise
and am takeing ACClen for a major low suit
for my Eight Amendm and for a plented and asbult
and atthel on me thul Hoppert 4-27-25 and and
send form 1983 and 95 tort Clcins a gin st the State
and body of mulsnom Cunty Sheriffs attice for my
Puin and a life time of recovery I will endure for scars left Done
on my right Arm— from Cuffs be,ng sondsed and for
a Change in way of the jail System that I will provy in

**Your Signature:** _____  5-10-25  1:10 pm

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance        ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
|  |  |  |  |

Staff member response                                    **DB#** _____

Staff member name & DPSST: _____        Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                    PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-10-25 | 720912 | Gctur | SAmWa | 10/1/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I the Case of my Assult and pland cttcked inmfil Summonevk
and complaint against multipl co offcers and sregent
and Lulinits for not hear me and for Jending me a
return Orivines, Saying that ie could not appeal my Caze
I am a victim and am going to make Chenstor a round
theis lail by asting a Judge kindly to matrie a Chamge
to inmovens recirang Hand banks be Coms if the Jail wont to
Hold us Accounjcha at least prov.d furry inmonare with
Hard books or Have an availbu Copay for every Dorm i

Your Signature: _____ 5-10-25

☐ Check this box for a Grievance Appeal.
   What is the DB# for the grievance or appeal you wish to appeal? _____
   When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

| ☑ Emergency Grievance | | ☐ PREA Grievance | |
|---|---|---|---|
| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
| | | | |

Staff member response                                    **DB#** _____

Staff member name & DPSST: _____          Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                PS-618 REV 5/2021



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-10-25 | 726912 | Crater | Sammuel | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I ASK to move vs to do footage of a planed and attcked and assulted
multipul times at Down town jail on 4-23-25 — at midnight to 5am
I asking for an major interona and inuesiegat to this Cover I've
Be Assulted and planed atcked By Franks a Deptuy staff
member and Her partner I will Be filling Multiphl major
law suit for being neglet Assulte Sharme Atcked Down played Bu
mullip Store Co Shriffk of multnu County and Been Down played By SPrgents
and lutined Blair Jay I could not appel a grivence I've get
moggier euedrice Mountry up interona affiers will B inwell
and so to so. Staff Member will Be Summmons to camplant fillied

Your Signature: _____ 5-10-25 5:00pm

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance        ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
|  |  |  |  |

Staff member response                                    DB# _____

Staff member name & DPSST: _____        Date: _____



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-10-25 | 720912 | Geter | SAnder | 1019 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

at which point I Fearing Bodly harm and fear my life is in Danger So I Jumped up to protec my Body Because there is no where for me to flight so Because I was Assulted mulliple times I feard my life is at risk So to have them stop I Jumped up and a that point they where like Deer in flood light Sloped on frozer and the Both member start punching me Jumped and Broke my Skin leaveing Major scars and unreepro Damoses. and it didn't Stop the Segreted me and punched me in the Back of my Hand while I was in a Ball on ground Hand Cuffed and was told I Have to Say Sorry for them Plon an attacked and Assuld me Bea the Shit out of.

Your Signature: _____

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                              **DB#** _____

Staff member name & DPSST: _____          Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody          PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-10-25 | 726912 | Gohur | Samuel | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

Im writing multiple time and have be asking to get help and answering about being assalld and planed attched a JC Downtown multum Cuny Jail I've been Assalted and attclid By Deplbuy Frank Steff a mindning to 5am on 4-23-25 for Skeping and minding my own Bussnis. I was wait to be called to Hazeing and I could Sut Consell Head Staff Co members of the multnm Sheriff She FrankS and Hre Perther Saying they were going Kick Senze one "me" out of know where I wes Dieped Kick in my legs I could feel my leve hit the Soft if my Head I got up this white if it at with pribul Shos Saying Sleeping which is not true and Shez Frenks Depty Slaff me be they to wo be on lic any ugha it happens She D.D.t again at whul pam

Your Signature: [signature]        5-10-25   4:50pm

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
|  |  |  |  |

Staff member response                                    **DB#** _____

Staff member name & DPSST: _____        Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-10-25 | 720912 | Gotor | SAmuel | 10/1 G |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

If they meaning multnom County Should went for hole inmeires to Be Held to the HardBook then why cont we get one only 10days orte kiteing to the law library to check out is willkon b if you we vlt to Hold an inmate accunlabe for there action If executed then at least provied all inmates with a hand Book to be able to Hold Some one accountabl if a rise they provied them with the knowledg be for an incied at Dike mine Happ ht I will be going through irrepadle damoses at Scared for pearfall Sleeping on ground that why the Jail Down town will be rules revised Requiring that each inmate be provied an HardBook.

Your Signature: _____ 5-10-25 5:10pm

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE ○ THIS SECTION FOR STAFF USE ONLY

| ☐ Emergency Grievance | | ☐ PREA Grievance | |
|---|---|---|---|
| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
| | | | |

Staff member response                        DB# _____

Staff member name & DPSST: _____        Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-10-25 | 726912 | Gotur | Simbu | 10/18 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

from the incents and planed attack d BY Staff members over 20 to 30 members Sargents and hilan Blair and franks who planned and Assulted me and trying to cover ther ass by being saying no sleeping on grant false Bullsht I Have endured major Back injuries major Inteor olgoins pain scared for life on My Affm which will be scored for life and irreparable Demage. Violiting My Rights and Eight AMMmend ment I will be asking a Judge u magstra tively to Have the recite the rule of dail If yr not Hand out the Hand Book im going to Make it Required by law asking a Judge to do so Be Cause of what Hoppen its me no one should be treated Like this

Your Signature: _(signature)_ 5-10-25 5:30pn

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE ◦ THIS SECTION FOR STAFF USE ONLY

☑ Emergency Grievance         ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
|  |  |  |  |

Staff member response                                     DB# _____

Staff member name & DPSST: _____    Date: _____



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-11-25 | 726912 | Gotur | Shmael | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

im a victim of a Reckless and planed attcked and mulliple Assault and beating all cought on video footage and am told I cint appel this is a lite and Dilleruut attemtt to Jumrn play the reckless and unnessary ferce and Assurted planed and action that treat my life and caved me irrapable Demnoges on top it broke 5 min with Cuffs and has left lifetme Scars and Caused me lifetime of med, cal treamts and opperitundy walking my time and life for me peacfull minding my Bussnics and have been llumilated Domosturf Irrapiabe arb, for MCSO and Segg 35 and Leitenens trying to Cover up

**Your Signature:** _____ 5-11-25 4:20 pm

☑ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? 42 30 25-5-25
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance       ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                                **DB#** _____

|  |
|---|
| |

Staff member name & DPSST: _____          Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody          PS-618 REV 5/2021



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-11-25 | 725912 | Gotw | Samuel | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I'm very upset about MCSO Staff Sergants and Lietinue Blair for Saying I dont Have grounds for major federal and State law Suit and multiple civil for irrapairble Damages caused to my spine cord, back, for the bodily fluid that I Edutsed been Trailio power trip refusing me clean Boxer not let me on walks art for makeing fun of my incontira for the Pctiems His fellow MCSO Members Caused I Have the ground and vided footages that Show me he Assulted Reckless multiplut times and Attitk and Cutts braking Skins leaving Scarrs irrepich Spine cord and Closson

**Your Signature:** _____ 5-11-25

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE ∘ THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                                    **DB#** _____

Staff member name & DPSST: _____          Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                    PS-618 REV 5/2021



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-11-25 | 726912 | Gotur | Samuel | 10/14 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I'm try to under stand why its trthing so long for me to recive a case # number for the Date of 4-23-25 and time midnigh to 5am Depluty MCSO Staff Franks and Her portner Reckless endengered my life and plented and assulled and attcked me multings there one bicke Shin with excessiver force being very unprofescnal and causing a major law suits to alise becawe it's taking so long to there bock from and for trying to cover up and Down play my claim for all numburs of the MCSO staff body members and sergerts and lieuth Blair Says I had no right to appeal such claim causery a rise to mcrg. Sever Suits ags.1st body for being retaliate and made fuh of the person my bed

Your Signature: _Samuel Gotur_  5-11-25  7:00 pm

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                    DB# _____

Staff member name & DPSST: _____          Date: _____



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-15-25 | 726912 | GOTUR~~Samuel~~ | SAmuel | 10 /19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

this is in regards to previous grievance I Sent multiple and haven't gotten respons to them and why I haven't gotten medical to come check out my spinal cord and Back pan and arm injuries that are irreparbel and caused by the body of multnomah county Sheriffs officer and officers and Co officer Frankes and Her partner on 4-23-25 midnight the 5.am. which involved an Reckless and Dilibrate and intentional act of unnessery use of exccive/force Causing me Samwell Gotur irreparichie back injuries and spinal cord major injuries that are irreparable which also caused bodily Harm. my Arm was bleeding I likley Shit myself to no help and Urinated myself at which point I was Beaten while in Cuffs in the back of my Head

Your Signature: _Samuel D. Gut 5-15-25  7:00pm_

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
|  |  |  |  |

Staff member response                              DB# _____

Staff member name & DPSST: _____          Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                    PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-15-25 | 726912 | Gotur | Samuel | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

Head white cuffed ove of the cuffs jamming on my right arm causing my bones to facture in my right arm and breaking my skin tearing cuffs marks screwed in my skin. Im seeking major law suits against the body that government the MCDC and all cfficals one cetioners that are involved physical ar not all the Ranks Suppervisors the officers franks and Her perthur for Reckless and Dillibert intenonshell acts under the body that governing the MCDC jail. I've been trying to get the full names and all Ranks on Duly and in office to fill Summars and complaints and have been messed with by Cotth at MCJ1 for asking for full names of the body of Multnma County

Your Signature: _____

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                    DB# _____

Staff member name & DPSST: _____          Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                    PS-618 REV 5/2021



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-16-25 | 726912 | Gohn | SAmal | 10/18 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

this give rise to another lawsuit in MCTJ I was
told by the sergant cra Kessenide that I would get
in troble for sending any legls informing a case of
unnabsary finance copel Due pressure is of verymude faivillhwt
my eighth Amanmnanze and I am asking for the DPSST#
gri. He got wailing flume for a bit of time of the commitew ava
trying to get a held of the sargt 5 name enta DPSST that
Just told me St ova d Kessener is yelling me i dieing yes
even no but why are you singtimg me ou# ? ?: I ask

Your Signature: _____

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE ∘ THIS SECTION FOR STAFF USE ONLY

☑ Emergency Grievance     ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                                    DB# _____

Staff member name & DPSST: _____     Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody          PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is
an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or
other staff member instead. Keep the bottom copy for your records. Look in the
Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-16-75 | 728912 | Gother | SAmiel | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it
happened, and the name(s) of any staff member(s) involved. Explain why you think what
happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence
to support your complaint or explain why the answer that you received was wrong.

I was told by sergant to not write Kpels saying
I've Been assulted and saying he will send me to the whole if I
do in a treathen manner and like He was going to beat me up
If I do so Ky the are guite a bay of clumunition to any
person or Hirshe body, wgh is illigm for him to Slytom
I shie of if he came that is A Due pressecces of segracation
for there own purpose of the own him and his officer
Kessancier are trying to inflick pain and SLitterre
physier and serciry othwer officers I will be filling a
Class action law sait agcns the Stit and it body

Your Signature: _____

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

| ☒ Emergency Grievance | | ☐ PREA Grievance | |
|---|---|---|---|
| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
| | | | |

Staff member response                                    DB# _____

| |
|---|
| |

Staff member name & DPSST: _____    Date: _____

PS-618 REV 5/2021



## Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-15-25 | 726912 | GOHR | SAMUE | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

I asked in multiple Kyles for the full name of all the staff 4 + MCDC involved on the Date of 4-23-25 midnight to 5. a.m. to a Reckless and Dilibrovote and intentenal assault planned and for fill by Franks and her partner and I asked for all the Ranks full name oro Dpsst # and was ignore d and snug aside not even to get a response to why?? I we asked fellow inmate to watch home a be witness that I've asked and I Sad down to write them showing them that I'm asking for Dpsst # and name of all the office and Ranks up that were involved physician this Reckless act at midnig to 5 am on 4-23-25 and all Ranks above who allowed for they to hit

Your Signature: [signature] 5-15-25 5:30 pm in asking for info
so that I can summoters and compine t all involve that my Kyels voi euce pean

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                                    DB# _____

Staff member name & DPSST: _____          Date: _____



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 5-22-25 | 726912 | GO~~HRSTAMUEL~~ | SAmuel | 10/19 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

if Cruke and unusel punishment violate Eight Amendment 14
at 8:10 pm we all where watching the movie at Dorm 10
and we were watching I Frankstine and for a Cruke and
unusehly punishment the sergeant came in a lot of
us were watching but for his own enjoyment just because
we where all Having a good time Trying to punish us
for his evil own enjoyment Turned the tv off a lot of
the inmates filler oxa ~~_____~~ multpul inmates including
my self where up set because our Constitunal Rights
were violated by taking ore walk time that we were enjoying

Your Signature: _____  5-22-25  Rotaing officer

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

☒ Emergency Grievance          ☐ PREA Grievance

| received on: | by (name & DPSST): | | forwarded on: | to (name & DPSST): |
|---|---|---|---|---|
| | | | | |

Staff member response                                          DB# _____

[empty response box]

Staff member name & DPSST: _____          Date: _____